THE LAW OFFICES OF
FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K.Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

October 29, 2024

***VIA ELECTRONIC CASE FILING***
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re:*** ***Barrere v. County of Nassau, et.al.***
***Docket No.: CV-18-3562 (HG)(VMS)***

Dear Judge Gonzalez:

As you records will reflect, we are the attorneys representing Mr. Steven Barrere, Plaintiff in the above referenced matter. In accordance with Your Honor's Order of October 15, 2024, we respectfully submit this letter to inform the Court of the status of this matter. The parties have engaged in settlement discussions, however counsel for the Defendants has stated that they are not interested in discussing a settlement at this time. In light of the Defendants' position, Plaintiff is ready to proceed to trial in this matter.

We thank the Court for its kind consideration.

Respectfully submitted,
*Cobia M. Powell*
COBIA M. POWELL

cc: Matthew A. Cuomo (via ecf)
CMP:pl