THE LAW OFFICES OF
FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

October 29, 2025

***VIA ELECTRONIC CASE FILING***
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Barrere v. County of Nassau, et.al.***
**Docket No.: CV-18-3562 (HG)(VMS)**

Dear Judge Gonzalez:

As your records will reflect, we are the attorneys representing Mr. Steven Barrere, the Plaintiff, in the above referenced matter. We are writing this letter, jointly with Mr. Cuomo, Esq., Counsel for Defendants, in accordance with Your Honor's directive. The parties engaged in settlement discussions with the assistance of Mediator Barry Peek. The result of that session did not conclude with a settlement.

As to the Joint Pre-Trial Order, the only change at this stage is that Plaintiff will no longer calling Dr. Berrill as part of his case.

We thank the Court for its kind consideration.

Respectfully submitted,
*Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc: Matthew A. Cuomo (via ecf)
FKB.rw