THE LAW OFFICES OF
FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Jay D. Umans

January 28, 2026

***VIA ELECTRONIC CASE FILING***
Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re:*** ***Barrere v. County of Nassau, et.al.***
**Docket No.: CV-18-3562 (HG)(VMS)**

Dear Judge Gonzalez:

As you are aware we are the attorneys that represent the Plaintiff, Steven Barrere. In accordance with Local Rule 1.4 and Your Honor's January 28, 2026 Order, Plaintiff's Counsel does not intend to assert a retaining or charge lien against Mr. Barrere.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,
*Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc: Matthew A. Cuomo, Esq. (*via* ecf)
FKB.CMP