FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2026 ★
BROOKLYN OFFICE

Steven S. Barrere #24B0255

Coxsackie Correctional Facility

P.O. Box 999

Coxsackie, NY, 12051

Date 9/5/2026 MOTION

The Honorable Hector Gonzalez

U.S. District Judge

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY, 11201

RECEIVED
SEP 09 2026
PRO SE OFFICE

Re: Steven Barrere vs Nassau County Correctional Center

Civil Docket Case # 2..18-cv-03562-HG

Dear Judge Gonzalez,

This is the response that the court asked for in an order on 8/18/2026. It is hereby acknowledged that the plaintiff has received a copy of that order which was entered on 8/18/2026. Furthermore, the plaintiff submitted a motion which was dated 6/3/2026 and it was filed at the clerks office on 6/8/2026, however the plaintiff has still not received any receipt or any response to this motion. More than 90 days has passed since this motion was filed. Strangely, there has not even been any acknowledgement of receipt of this motion nor has there been any decision on this motion after more than 90 days. This motion is concerning the blatant legal malpractice which was committed by the former counsel for the plaintiff. In this motion, the plaintiff has requested a copy of the transcript of the very brief phone conference which took place between the plaintiff, the counsel for the defendant, and Judge Scanlon, because this phone conference contains comments from the defense counsel which prove that the former counsel for the plaintiff was blatantly lying to and deceiving the plaintiff about the amount of money offered in the settlement and the exact terms of the settlement. The legal implications involved in

REC'D IN PRO SE OFFICE
SEP 9 '26 PM5:21

this aforementioned matter are significant and appropriate legal ground for the plaintiff to receive a copy of said transcript. It was a very brief phone conference thus the transcript would only be about 3 to 6 pages. Therefore, granting this motion would not cause any financial hardship on the federal court system nor would it cost virtually any additional tax payer dollars. Given the fact that the clerks office has already neglected to send the plaintiff any receipt of this motion, the cost associated with that omitted responsibility can be used to credit or pay for any cost that may be associated with mailing this transcript to the plaintiff. This transcript is necessary for the plaintiff because it serves as proof and it further supports that there has been a pattern of legal malpractice committed by the former counsel for the plaintiff. Thank you for your time and professional consideration in this matter.
-Respectfully, Steven S. Barrere

Steven S Barber
309 Morris Av
RVC NY 11570

MID-ISLAND NY
4 SEP 2026 PM 2 L

1776 ★ 2026
USA FOREVER

1776 ★ 2026
USA FOREVER

STATION

Clerk of Court
US District Court
For the Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 09 2026 ★

BROOKLYN OFFICE

11201-183299